# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. CHILDS,<br><br>       Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS MANAGED DISABILITY BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Defendants. | CASE NO.: 2:12-CV-02981-GEB-DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER** ON SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY AND VERIZON WIRELESS MANAGED DISABILITY BENEFITS PLAN TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Filed: December 10, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\geb\dgeb2\orders for signature\2d stip4 extnsn- proposed order.doc

# [PROPOSED] ORDER

Upon consideration of the Second Stipulation filed by Plaintiff Thomas E. Childs ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Verizon Wireless Managed Disability Benefits Plan ("Defendants") to extend the time for Defendants to respond to Plaintiff's Complaint AND FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order of the Court, and that MetLife shall have up to and including  March 1, 2013  to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

**Date:  2/21/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800