# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. CHILDS,<br><br>  Plaintiff,<br><br>  vs.<br><br>VERIZON WIRELESS MANAGED DISABILITY BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendants. | CASE NO.: 2:12-CV-02981-TLN-DAD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS (ADMINISTRATIVE RECORD)** |

Pursuant to the Request to Seal Documents by Defendant Metropolitan Life Insurance Company ("MetLife") and good cause appearing, Exhibit "A," Administrative Record, to the Request to Seal shall be filed under seal to prevent the public disclosure of Plaintiff Thomas E. Childs' personal data identifiers and personal and private medical information.

IT IS SO ORDERED.

Dated: September 6, 2013

Troy L. Nunley
United States District Judge