# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. CHILDS, | CASE NO.: 2:12-CV-02981-TLN-DAD |
| Plaintiff, | Hon. Troy L. Nunley |
| vs. | **ORDER GRANTING STIPULATION TO MODIFY PRETRIAL ORDER** |
| VERIZON WIRELESS MANAGED DISABILITY BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | Trial (**ERISA BENEFITS**): March 28, 2014 |
| | Complaint Filed: December 10, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# **ORDER**

Having reviewed the parties' Stipulation to Modify the Court's June 11, 2013 Pretrial Scheduling Order (Dckt # 18, filed June 13, 2013), AND FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED as follows:

1. The Final Pretrial Conference set for January 30, 2014 is vacated, and the parties are not required to file a Joint Final Pretrial Conference Statement on January 9, 20014, as previously ordered.

2. All other pretrial dates are also vacated.

3. Plaintiff shall file and serve any evidence outside the Administrative Record which he wishes to submit no later than February 4, 2014. Defendants retain the right to object to the admission or consideration of any evidence outside the Administrative Record.

4. Opening trial briefs for the non-jury ERISA trial scheduled for March 28, 2014 are due by each party on February 14, 2014.

5. Responsive trial briefs are due by each party on March 7, 2014.

6. Trial date March 28, 2014, 9:00 am, for ½ day bench trial, as previously ordered.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
Troy L. Nunley
United States District Judge